```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
                                    :
UNITED STATES OF AMERICA            :
                                    :      Waiver of Indictment
     - v. -                         :
                                    :      S1 15 Cr. 282 (KMW)
JAVIER ERIBERTO RIVERA MARADIAGA,   :
     a/k/a "Don Javier,"            :
                                    :
                       Defendant.   :
------------------------------------X
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 848 and 963, and Title 18, United States Code, Sections 924 and 1956, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date:   New York, New York
        April 13, 2016

X _____
                       Defendant

_____
                        Witness

_____
           Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/16